UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIMON WEINBERGER,

                    Plaintiff,

          -against-

S. JOSHUA KAHANE,

                    Defendant.

26-CV-1349 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff filed a returned executed waiver of service indicating that Defendant S. Joshua Kahane waived service on March 8, 2026 and that Defendant's deadline to respond to the complaint was April 21, 2026. (*See* ECF 6.) Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **May 12, 2026.**

Plaintiff is directed to serve a copy of this order on Defendant by **May 1, 2026** and to file proof of service on the docket by **May 1, 2026**.

DATED:  April 28, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**