**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

**SHIMON WEINBERGER**

      **Plaintiff,**

v.


**S. JOSHUA KAHANE**

      **Defendant.**

-------------------------------------------------------------------x

**Case No. 1:26-cv-01349-VSB-RFT**
**Honorable Vernon S. Broderick**

**ORDER OF DISMISSAL**
**WITH PREJDUCE**


      Before the Court is the Rule 41(a)(1)(A)(i) Stipulation of Dismissal with Prejudice, filed by Plaintiff Shimon Weinberger and Defendant S. Joshua Kahane (collectively, the "Parties") (ECF No. _19_ ).

      The Court, being duly advised, finds that this action, and all claims asserted therein, are DISMISSED WITH PREJDUCE.

      DATED this __4th__ day of _June_ 2026.

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE